# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER RAI, | Case No. 2:23-cv-00742-WBS |
| Plaintiff, | District Judge: William B. Shubb |
| vs. | **JUDGMENT** |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff NARINDER RAI ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 September 25, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $175,472.40 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: April 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE