# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

NARINDER RAI

    Plaintiff,

v.

FCA US LLC; and DOES 1 through 10, inclusive

    Defendants.

Case No. 2:23-cv-00742-WBS-CSK

**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION**

On June 25, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from June 26, 2024 to August 26, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are determined and payment satisfied.

IT IS SO ORDERED.

Dated:  June 26, 2024

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE