# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER RAI,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 2:23-cv-00742-WBS-CSK<br><br>Hon. William B. Shubb<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff NARINDER RAI ("Plaintiff") and Defendant FCA US, LLC. have agreed FCA US, LLC. will pay $14,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $14,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by January 27, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated:  October 30, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE